# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) ) | |
| vs. | ) | Case No. |
|  | ) ) ) ) ) | |
| Defendant(s). | ) | |

## NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now plaintiff _____ by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on _____ at _____ or as soon thereafter as may be heard.  Defendant ___ was notified ___ was not notified  and ___ will appear ___ will not appear.

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name:
Address:
City/State/Zip:
Phone:

Certificate of Service

I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served (by mail, by hand delivery, or by electronic notice) on all parties on:_____,_____.

_____
Signature