UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, next friend of John Doe, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:18-CV-01637 JAR |
| | ) |
| LADUE HORTON WATKINS | ) |
| HIGH SCHOOL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs Jane and John Doe's Motion for Temporary Restraining Order [5] is set for **Friday, September 28, 2018, at 3:30 p.m. in Courtroom 12N.**

Dated this 27th day of September, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1