UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Civil Case

Date: 9/28/2018   Judge: John A. Ross   Case No.: 4:18-cv-01637-JAR

Doe et al   v.   Ladue Horton Watkins High School et al

Court Reporter: Lisa Paczkowski   Deputy Clerk: Chelsea Olliges

Attorney(s) for Plaintiff(s): Edwin C. Ernst, IV and Paul A. Maddock

Attorney(s) for Defendant(s): Mandi Diane Moutray and Michelle H. Basi

**Proceedings**

- [ ] Rule 16 Conference
- [ ] Status Conference
- [x] Motion Hearing
- [ ] Oral Arguments
- [ ] Pretrial Conference
- [ ] In Chambers Conference
- [ ] Informal Matter
- [ ] Settlement Conference
- [ ] Oral Motion
- [ ] Scheduling Conf
- [ ] Status Conference

Parties present for hearing on Plaintiff's Motion for Temporary Restraining Order [5]. Plaintiff's Motion for Leave to Proceed Under Pseudonym [2] and Motion for Appointment of Next Friend as to John Doe [3] are granted with no objection from the Defendant's. Arguments heard and discussion held re: Motion for TRO [5]. Matter taken under submission. Written order to issue. Exhibits received to be filed under seal.

It is hereby ordered that _____

- [ ] The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.
- [ ] Exhibits returned to and retained by counsel

Next hearing date/time: _____

Continued to: _____

Proceedings: 3:57 pm - 5:20 pm