# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, next friend of John Doe, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:18-CV-01637 JAR |
| ) | |
| LADUE HORTON WATKINS ) | |
| HIGH SCHOOL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs Jane and John Doe's "Notice of Dismissal Without Prejudice." (Doc. 22.) Defendants have not filed any objection.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to close the case based on Plaintiffs' notice.

Dated this 25th day of October, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1